OTMAR J. PELLET, PLAINTIFF-RESPONDENT, v. BOARD OF COMMISSIONERS OF THE MAYOR AND COUNCIL OF THE CITY OF HOBOKEN, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 4 *N. J. Super.* 259.

*Mr. Walter R. Gottschalk* for the petitioners.

*Messrs. Markley & Broadhurst* and *Mr. James J. Langan* for the respondent.

September 19, 1949.    Denied.

MARIAN L. SCHROEDER, EXECUTRIX, ETC., ET AL., AP-PELLANTS-PETITIONERS, v. HOMER C. ZINK, COMMIS-SIONER, ETC., RESPONDENT-RESPONDENT.

See same case below: 4 *N. J. Super.* 40.

*Messrs. Lum, Fairlie & Foster* for the petitioners.

*Mr. Theodore D. Parsons,* Attorney-General, and *Mr. William A. Moore* for the respondents.

September 19, 1949.    Granted.